

U.S. DISTRICT COURT  SOUTHERN DISTRICT OF N.Y.

16 CV 9670

November 28, 2016

The peoples Rapubic of China with Donna Friedeberg as authorized agent for that nation.

V

Harvard University.

## Summons and Complaint

For the past 40 years the British people through the offices of Harvard satelite offices in Shanghai, China and Hong Kong called a Center and a Research Center, respectively caused corporate offices and factories to be instituted in China which paid Chinese workers slave wages and reaped huge profits which Harvard used to endow approximately 2 million British people with tuition to Harvard with a goal of completely taking over the Chinese government and making it a permanent subject people along with the rest of the world as the ultimate empire enabling British people with hereditary rights a royal life style and everyone else extreme poverty. DEMAND: For the very serious damage done 37.6 billion dollars, the present amount of Harvard's endowment fund.

Peoples Republic
v
Harvard

Service to Premier Li was made on 11/27/2016 of the exact amount of the suit by email with an email address provided by Keqiang Li, Premier of China.

Service to Harvard is deemed by plaintiff to be unnessary because Japanese and Chinese have verified for me that because of my suit against Nasdaq and the British and Harvard high frequency trading firms threetend by that suit, Harvard has hacked both my home computer and the computer I use at the senior center in Norwich so they monitor every word I type in and every email I send so they already know of the extent of the suit from my email to Premier Li.

Evidence of Harvards intentions and actions can be provided.

See attached EXHIBIT 1

People's Republic

v

Harvard


Information for the Court.

Donald Trump was interested in going to Harvard and agreed to and had an interview with an alumnus of Harvard. He did not say anything against England nor did he say anything pro-British but he was asked if he would sign an oath of loyalty to Queen Elizabeth and if called upon Donald Trump will provide the Court with sworn testimony about this event in his life.

U.S. District Court of Southern New York

November 28, 2016

Petition to Chief Judge Colleen McMahon to order a carefully selected attorney to depose under oath Candy McMurrey, sister of Joan Kennedy of Houston Texas to determine the exact time she heard the announcement from the captain on the public address system of a that John Kennedy was dead (assinated) and Gov. Connolly seriously wounded and if this time is earlier than the recorded time of death at the hospital where he was taken for treatment, than a second order of the court to convene a grand jury composed of qualified Irish people to investigate whether there was a conspiracy by Harvard University and its agents, one of which was Ruth Paine, friend of Marina Oswald and with Lee Harvey Oswald the night before the assination who may have used his heroin addiction to force him to shoot Kennedy and another Harvard agent, Father Thompson who went to the hospital and may have been left alone in the room with Kennedy and interpreted his priestly rights due to Harvard teaching to include putting a seriously wounded person out of his misery.

* American Airlines Dallas-to-Washington Flight 58.

RECEIVED 2016 DEC -3 AM 11:17 SDNY PRO SE OFFICE U.S.D.C. S.D. OF N.Y.

People's Republic of China
Premier Li Koqiang

mail to: premier@mail.gov.cn

11/27 email to Premier Li:

Dear Premier Li, expect to receive a notice in the mail this week of a law suit on behalf of the people of China against Harvard University which will be filed in a federal court, friendly jurisdiction, for the demand amount of 37.6 billion dollars as an award for damages inflicted on the Chinese people by Harvard University generated businesses located in Hong Kong which took all the profits from Chinese manufacturing and exports to the world in the last 40 years for the exclusive benefit of British royals in the U.S. and Great Britain as Harvard is exclusively a British university for British people to rule the world. This suit is being filed by the below-signed person with the full support of Japan and the Japan military. Signed Donna Ferinerer,

Norwich Connecticut

November 30, 2016

Dear President Donald Trump,

I have a plan for extinguishing all the bond debt that the People's Republic of China holds against the U.S. government.

I have filed a lawsuit against Harvard University for 37.6 billion dollars in federal district court with the permission of Premier Li who has via an agent who is Japanese assured me that if this suit is settled in China's favor, all the U.S. debt will be forgiven and cancelled. Premier Li would also expect the U.S. to lift quotas against Chinese entering the U.S. to become citizens and allow up to 500,000 Chinese to enter the U.S. legally, and these people will help bring U.S. companies and jobs back to the U.S.

The case in question will be handled by ~~Colleene~~ Colleen McMahon, Chief Judge of the U.S. Federa Court, Southern District of New York. Her phone number in Chambers is (212) 805-6325. Her Deputy's phone number is (212) 805-6325.

I am married to a Japanese man. We supported you greatly in your election.

Sincerely yours, Donna

attachment

November 29, 2016

TO THE COMMUNITY OF NEW YORK

Let me introduce myself. My mother is/was Ruth Struthers Berg. She is/was a Scottish person, 100% even though her mother was of German descent. She never acknowledged the German heritage at all and she looked exactly like my Scottish grandfather so she really was all Scottish. The Japanese have established she is from the royal Stewart line, the only just monarchs ever to sit on the throne of Britain. I did not know this as a child, I was taught the 10 commandments at her knee and then she told me that the first commandment of Jesus Christ took the place of the 10 commandments and that was to love your neighbor as yourself. My ancestor William Struthers was the dean of St Giles Cathedral in Scotland and that Cathedral is the only Cathedral in the world that has a crown and not a spire and Struthers has the word truth in it and that cathedral with its crown was the way my family told the truth about who we were and we have ever since prevented any church, synagogue, or mosque or the Vatican from having a crown on it. My Japanese husband has paid $500,000 for research into my geneological history. Japanese scholars are now very sure that the Stewart line is the last of the Jesse tribe and that it also absorbed the tribe of Ben. The Stewart line is now traced by the Japanese all the way back to Adam and Eve. The Japanese believe this tribe was actually genetic material supplied to earth by some means and is really God-like with just a small amount of animal genome in it so that this tribe had a right to rule all the animals and all earth's people. The line runs through Abraham to King David to Jesus Christ and his TWIN SISTER because Jesus Christ was a Japanese Jew and Japan has his bones because he fled home to Japan after some Roman persecution and the men who took over the Church were from Judah's tribe and they were a cult who corrupted Jesus Christ's teachings so they could form a powerful organization to manipulate the poor Roman and Greek people. They almost immediately named a person as infallible to be the pope. This organization has done great damage to all people on earth and the Japanese searched for the line of Jesse and found me. The Stewart line has always had real power on earth because our genes make us responsive and close to God. I learned early as a child that I had tremendous power over people. My cousin, daughter of Beatrice was mean to me and I wished she would die and she did. She drowned. That was the second time I had wished for someone to die.

I realized later when my mother asked me if I wanted to be baptized by total immersion that my cousin had died by drowning because even in my bad prayer for her I needed to show mercy and make *sure that she was baptized in the process of dying so she could go to heaven. Total immersion baptism was always required in my family because that also is the way the Struthers family told the truth, that like Christ we appeared to die by drowning and then came to life again. Jesus Christ did not actually die on the cross. He passed out and at night his twin sister Margaret came with some other Japanese and took him down off the cross and hid him and told people that he was in a certain tomb so that people would find the tomb and think he had died and risen again. It was a ploy to tell the truth about Jesus Christ and his sister because they also had the power to heal the sick and bring a person back to life, and they had a mission to try to civilize the barbaric Romans and Greeks by teaching them to love their neighbor. At the time if someone stole even a loaf of bread, his hand was cut off. If you wish to see a picture of Margaret the sister of Jesus Christ, go to Google at THE THREE MARYS at the tomb of Christ and you will see an actual picture from Japanese archives from an early actual painting of her. She is my ancestor. Notice she is holding what looks like a bloody cut off hand and foot and her face is very pained. She is on the far right wearing black for mourning that so many people were suffering and she knew she could not save them all from early death because people were stealing to eat because there was not enough food for all to eat. Her biblical name she chose was Mary Magdalene and in John 20:1 she refers to herself in the royal we, the very first use of that. She called herself Mary Magdalene because she was telling the truth that she was really a Japanese Jewess and in Japan early in Japanese history the female name Magdalene is very very common especially among the Samurai warriors, and Mary was a common Jewish name at the time. Margaret lived for awhile among the Greeks and Japan thinks she went by boat with a fisherman disciple of Christ to Italy and then on to Spain which was less populated at the time because there was a severe drought at the time. She was *for her descendant still on their mission but life was difficult in Spain and became impossible around 1600 when Roman Catholics who had spread there began to forcibly convert the Jews so the Japanese in Spain fled by horseback back to Japan and there were not enough horses and since she was not pregnant at the time her descendant, probably also called Margaret was left behind with instructions to flee north which she did by boat once again with a Spanish or Italian Jewish husband fisherman first to Ireland then on to Scotland where she settled and once again tried to civilize the locals. It was at that time in Scotland that the Struthers name was adopted with the

word truth in the name because she intended to tell the truth in the church she founded which unlike the Roman or British Churches.

When I discovered as a child that I had great powers of prayer I was afraid of it and I went so far as denying that God existed to try to rid myself of it for I considered it to be some kind of curse, not a blessing. I wanted the burden removed from me of the responsibility of deciding what is just on earth and who lives, who dies, who is stricken with sickness. But at about age 12, the age of accountability for Scottish Christians I brought an African American girl, daughter of a guest preacher, at my mother's Church of God. Her Church told the truth, that it was the only world church that really was "of God". My mother told me in no uncertain terms that what I had done bringing the black guest was unacceptable without the authority of her personal invitation. My Uncle Charles at the time was in Jamaica as a missionary teacher founding a school there for Black children and he and his wife Florence taught in it, so I thought black people were approriate guests for our home but I discerned that she was really afraid of Black people and now at 72 I know why. The reproductive propensity of Black people means our family eventually always has to pray for some of them to die and that is a huge very uncomfortable burden which she did not want to be reminded of. We have always tried to escape the great responsibility thrust on us by our genome. The Japanese have established that I have the only right to the throne in Great Britain and I am going to rid the world of monarchy now because it is always used to expand population and now that Black people also want to be royal, if they are allowed to the world population will explode with no room for any of us.

I have a talmudic puzzle for you. As a Japanese Jewess I take my responsibilities seriously and have begun to stud talmudic law.

The British people now are coaching their young people to pose as Jews because they need to marry lawyers, doctors, judges or business people and they do a lot of things that bother me. The British have always felt they have a right to keep Irish and Scottish people down and to use them for whatever they like. A group of British people have taken up occupation at the end of my street and are trying to prove that they can control me. Since I have now acknowledged openly that I am a Jewess-Japanese person, they feel they can also prove that they can steal from me justly by using their interpretation of talmudic law. They follow me everywhere, sometimes harassing me as they hate me for the law suit I filed against Nasdaq. I have a Jewish friend at the senior center whom I love. Her name is Marilyn Becker (860-889-9824- 38 Cedar Street, Norwich, 06360) Marilyn has had

(4)

a lot of sickness with serious cancer and she is almost always in a lot of pain. It is my custom when I see her I always give her a hug but I forget with my poor memory problem that she is very very sensitive to any touch and once or twice she has made a grimace when I have hugged and and then told me not to hug so tight. I would never cause Marilyn pain she is an exemplary Jewess with no children and many cats and she says she lives in a pig sty. The British thought that according to talmudic law I had harmed her and must compensate her for the harm, so they took a shopping cart with wheels and gave it to her and told her I wanted her to have it. I did not at first know even where the cart had gone and I reported it to the police. With these actions the British think they will show a superior knowledge of talmudic law and gain the right to spy on Jews in New York and apportion out their assets based on perceived damage. What is your interpretation of the just resolution of the above events. I have many Irish police friends. I have not contacted Marilyn about the theft but I am sending her a copy of this letter because by my interpretation of talmudic law I think she has the right to decide what the right action is in this case. She knows I am a friend and love her, but I really need the cart.

Honorable Judge Colleen
McMahon, Chief Judge.

Please hand this to Judge
Furman

Colleen,

I have this strong feeling you are headed for the Supreme Court because the cases I am filing with you should get the attention of Donald Trump, who I believe will be some natural press and in denouncement of our public services and courts. If I can help you in any way, or achieve justice for the Kennedy's, feel free to ask me. I am one however, who is...



*If you ignore beauty, you will soon find yourself without it...*

*But if you invest in beauty, it will remain with you all the days of your life.*

— Frank Lloyd Wright

Beauty is also in good arts.



© Rolf Nussbaumer/naturepl.com

11100 WILDLIFE CENTER DRIVE
RESTON, VA 20190-5362
1-800-822-9919
www.nwf.org

Habitat destruction and the planting of nonnative and invasive plants causes many wildlife species – like birds, frogs and even butterflies – to struggle for survival. But you can help make a welcoming habitat for critters by creating a Certified Wildlife Habitat™ site in your backyard. All you need to provide is food, water, shelter and places for wildlife to raise their young. If you don't have one of the elements, we'll show you how to add it. Visit **www.nwf.org/gardenforwildlife to get started today!**



Donna Friedeberg
18 Tanner Ave
Norwich CT 06360-5929

To: U.S. District Court
Southern District of N.Y.
Colleen Mc Mahon, Chief Judge
c/o Court Clerk Ruby J. Krajick
500 Pearl Street
New York, New York
10007



HARTFORD CT 061

30 NOV 2016 PM 8 L

U.S. District Court of the
Southern District of New York
Colleen McMahon, Chief Judge
c/o Court clerk Ruby J. Krajick
500 Pearl Street
New York, New York
10007

USM P3 SDNY

10007-133099